UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DANIEL GENE THOMAS,

    Plaintiff,

v.

CITY OF PORTLAND, OFFICER PETER Z.
TAYLOR, OFFICER CHRISTOPHER GJOVIK,
OFFICER MICHELE MICHAELS, DOES 1-20,

    Defendants.

Civil No. 05-1059-ST

ORDER

HAGGERTY, Chief Judge:

    Magistrate Judge Stewart has issued a Findings and Recommendation [99] in this action. The Magistrate Judge recommended Plaintiff's Motion for Partial Summary Judgment [56] should be denied and Defendants' Motion for Summary Judgment [60] should be granted in part and denied in part. No objections were filed, and the case was referred to me.

1    - ORDER

The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. United States Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record. This court adopts the Magistrate Judge's Findings and Recommendation.

**CONCLUSION**

The Magistrate Judge's Findings and Recommendation [99] is ADOPTED and Plaintiff's Motion for Partial Summary Judgment Against Defendants [56] is DENIED and Defendants' Motion for Summary Judgment [60] is GRANTED in part and DENIED in part.

IT IS SO ORDERED.

Dated this 3 day of August, 2007.

Ancer L. Haggerty
United States District Judge

2    - ORDER